# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 02-1237V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * *  
                           *  
COLLEEN BOSTON MADARIAGA    *  
and JAMES ALLEN, parents and    *  
guardians of A.A., a minor,    *  
                           *  
         Petitioners,    *  
                           *       Filed: March 22, 2016  
      v.    *  
                           *       Autism; Decision on Attorneys'  
SECRETARY OF HEALTH AND    *       Fees and Costs  
HUMAN SERVICES    *  
                           *  
         Respondent.    *  
                           *  
* * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] a Decision issued on September 26, 2015. On March 7, 2016, Petitioners filed an Application for Attorneys' Fees and Costs, requesting a total payment of $10,606.55, representing attorneys' fees and costs of $10, 050.80, and $555.75 of costs expended by Petitioners. On March 18, 2016, Respondent filed a statement indicating that Respondent has no objection to this request.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1). Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

- a lump sum of $10,050.80, in the form of a check payable jointly to Petitioners and Petitioners' counsel, Ronald C. Homer, on account of services performed by counsel's law firm.

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq*. (2012).

- a lump sum of $555.75, in the form of a check payable to Petitioners, which represents Petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[2]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.